**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7742**

---

FELIX ORIAKHI,

Plaintiff - Appellant,

versus

ROBERT HARDING; JOHN DOW,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-98-3465-L)

---

Submitted: February 26, 1999          Decided: March 22, 1999

---

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Felix Oriakhi, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's dismissal as frivolous under 28 U.S.C.A. § 1915(e) (West Supp. 1998), of his Bivens[*] action as time-barred and the district court's denial of his motion for reconsideration made pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Oriakhi v. Harding, No. CA-98-3465-L (D. Md. Nov. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

2